MATTHEW RIGHETTI (SBN#: 121012)
matt@righettilaw.com
JOHN GLUGOSKI (SBN#: 191551)
jglugoski@righettilaw.com
MICHAEL RIGHETTI (SBN#: 258541)
**RIGHETTI GLUGOSKI, P.C.**
37 Graham Street, Suite 130
San Francisco, CA 94129
Tel: (415) 983-0900
Fax: (415) 397-9005

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOSS, an individual and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO EMPLOYEE RETIREMENT SYSTEM;<br>10UP INC., and DOES 1-50 inclusive,<br><br>Defendants. | **CASE NO. 3:20-cv-03742-LB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FRCP Rule 41(a)(1)(A), Plaintiff, Richard Goss, hereby requests

/ / /

/ / /

/ / /

/ / /

/ / /

1

REQUEST FOR DISMISSAL

1  Dismissal of the entire action without prejudice.

2

3

4  Dated: September 9, 2020                    Respectfully Submitted,

5

6                                              **RIGHETTI · GLUGOSKI, P.C.**

7

8

9  _____

10                                             MATTHEW RIGHETTI
                                               Attorneys for Plaintiff

2

REQUEST FOR DISMISSAL